BULL et al. v. GUARDIAN TRUST CO. OF NEW YORK.

(Supreme Court, Appellate Division, First Department. December 6, 1907.)

Appeal from Special Term, New York County.

Action by William L. Bull and others, trading under the name of Edward Sweet & Co., against the Guardian Trust Company of New York. From a judgment for plaintiffs entered on the report of a referee, defendant appeals. Affirmed.

Argued before PATTERSON, P. J., and McLAUGHLIN, LAUGHLIN, HOUGHTON, and LAMBERT, JJ.

Henry D. Hotchkiss, for appellant.
H. Snowden Marshall, for respondents.

HOUGHTON, J. Judgment affirmed on the opinion in Guardian Trust Company of New York v. Peabody (decided herewith) 107 N. Y. Supp. 515.

Judgment affirmed, with costs.

PATTERSON, P. J., and LAMBERT, J., concur; McLAUGHLIN and LAUGHLIN, JJ., dissent.

McLAUGHLIN, J. (dissenting). I think the judgment should be reversed and a new trial ordered, for the reasons stated in my opinion in Guardian Trust Company of New York v. Peabody (decided herewith) 107 N. Y. Supp. 515.